IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>THERESA GOODROAD,<br><br>　　　　Defendant. | No. CR 23-50153-2<br><br>WAIVER OF ANTI-SHUTTLING PROVISIONS FOR APPEARANCE AT VIDEO CONFERENCE FOR STATE CASE IN DENVER, COLORADO TO BE HELD AT PENNINGTON COUNTY JAIL |

　　　　Theresa Goodroad, by and through her attorney, John S. Rusch, expressly waives the right to seek dismissal of the charges in this matter for any violation of the anti-shuttling provisions of Article IV(e) of the Interstate Agreement on Detainers Act (IADA) and agrees to waive due process or other constitutional violations allegations related to her release from federal custody to state custody of Denver, Colorado to allow her to appear at a telephone conference on her State of Denver criminal matters with the hearing to be held at the Pennington County Jail, Rapid City, South Dakota by video conference. Furthermore, Theresa Goodroad doesl not object to being returned to federal custody following her appearance at this video conference hearing to the jurisdiction of the United States District Court, District of South Dakota, Western Division.

　　　　Dated this ___15___ day of February, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Theresa Goodroad, Defendant

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John S. Rusch
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Theresa Goodroad